JS - 6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 20 2013
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 20 2013
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARTURO GONZALEZ LOZANO, | Case No. EDCV 13-02206 GAF (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| ON HABEAS CORPUS, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed for lack of jurisdiction for the reasons set forth in the related Order.

Dated: December 19, 2013

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

JS - 6